


IT IS SO ORDERED

Judge Edward J. Davila

9/6/2011

1  VANESSA H. WIDENER (Bar No. 203967)
     vhw@amclaw.com
2  JENNIFER S. MUSE (Bar No. 211779)
     jsm@amclaw.com
3  ANDERSON, McPHARLIN & CONNERS LLP
   444 South Flower Street
4  Thirty-First Floor
   Los Angeles, California  90071-2901
5  TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

6  **Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE**
7  **CORPORATION as Receiver for INDYMAC BANK, F.S.B.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br>Plaintiff, <br><br>vs. <br><br>LUPING LAI, an Individual and dba TRITON APPRAISALS, <br><br>Defendant. | Case No. CV11-03313-EJD <br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT LUPING LAI TO ANSWER COMPLAINT** |

Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC BANK, F.S.B. ("Plaintiff"), by and through its attorneys of record, Vanessa Widener and Jennifer Muse of Anderson, McPharlin & Conners LLP and defendant LUPING LAI, individually and dba Triton Appraisals ("defendant"), hereby stipulate and agree as follows:

1.   Plaintiff filed its complaint on July 6, 2011; it was served subserved on July 28, 2011 and a copy of the complaint was mailed to defendant on July 29, 2011.

/ / /

893357.1 5662.114

2. The response is currently due on August 29, 2011. The parties have agreed to allow defendant until September 13, 2011 to answer the Complaint.

IT IS SO STIPULATED.

DATED: September 1, 2011          ANDERSON, McPHARLIN & CONNERS LLP

By: _____
Vanessa H. Widener
Jennifer S. Muse
Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.

DATED: August ___, 2011           ERICKSEN ARBUTHNOT

By: _____
Steve W. Dollar
Attorneys for Defendant LUPING LAI, Individually and dba TRITON APPRAISALS

2. The response is currently due on August 29, 2011. The parties have agreed to allow defendant until September 13, 2011 to answer the Complaint.

IT IS SO STIPULATED.

DATED: August ___, 2011        ANDERSON, McPHARLIN & CONNERS LLP


By: _____
Vanessa H. Widener
Jennifer S. Muse
Attorneys for Plaintiff FEDERAL DEPOSIT
INSURANCE CORPORATION as Receiver for
INDYMAC BANK, F.S.B.


DATED: August 31, 2011         ERICKSEN ARBUTHNOT


By: _____
Steve W. Dollar
Attorneys for Defendant LUPING LAI,
Individually and dba TRITON APPRAISALS

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 · FAX (213) 622-7594

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 444 South Flower Street, Thirty-First Floor, Los Angeles, California 90071-2901.

On September 1, 2011, I served the following document(s) described as **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT LUPING LAI TO ANSWER COMPLAINT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Steve W. Dollar, Esq.<br>Ericksen Arbuthnot<br>152 North Third Street, Suite 700<br>San Jose, CA 95112 | Attorneys for Defendant<br>Luping Lai |

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on September 1, 2011, at Los Angeles, California.

_____
Sherry A. Plouff

893357.1 5662.114