UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Federal Deposit Insurance
Corporation as Receiver for
IndyMac Bank, F.S.B.

Plaintiff(s),

CASE NO.  11-03313-EJD

v.

Luping Lai, an individual and dba
Triton Appraisals

Defendant(s).

/

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☒ Private ADR *(please identify process and provider)* The parties will participate

in private mediation with a retired judge from JAMS.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order
referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline April 13, 2012

Dated: September 23 , 2011

_____
Attorney for Plaintiff

Dated: September 23, 2011

_____
Attorney for Defendant

Dated: _____

_____

Dated: _____

_____

American LegalNet, Inc.
www.USCourtForms.com

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐   Non-binding Arbitration
☐   Early Neutral Evaluation (ENE)
☐   Mediation
☒   Private ADR

Deadline for ADR session
☐   90 days from the date of this order.
☒   other  April 13, 2012

IT IS SO ORDERED.

Dated:   September 26, 2011

UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com