UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for INDYMAC BANK, F.S.B.,

Plaintiff(s),

v.

LUPING LAI,

Defendant(s).

_______________________________________/

Case No. 5:11-cv-03313 EJD

**CASE MANAGEMENT ORDER**

This case is scheduled for a Case Management Conference on September 30, 2011. Based on the parties' Joint Case Management Statement and proposed schedule, the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is **December 12, 2011**.

IT IS FURTHER ORDERED that the parties shall observe the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the parties shall complete private mediation no later than **April 13, 2012.**

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| **EVENT** | **DEADLINE** |
|---|---|
| Fact Discovery Cutoff | June 8, 2012 |
| Designation of Opening Experts with Reports | 45 days before Expert Discovery Cutoff |
| Designation of Rebuttal Experts with Reports | 25 days before Expert Discovery Cutoff |
| Expert Discovery Cutoff | June 8, 2012 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | April 30, 2012 |
| Preliminary Pretrial Conference | 11:00 a.m. on May 4, 2012 |
| Joint Preliminary Pretrial Conference Statement | April 24, 2012 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

**IT IS SO ORDERED.**

Dated: September 27, 2011



EDWARD J. DAVILA
United States District Judge

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."