SUSAN D. CONDON (State Bar No. 143417)
scondon@gcalaw.com
VALERIE M. WAGNER (State Bar No. 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
1891 Landings Dr.
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for FEDERAL DEPOSIT
INSURANCE CORPORATION as
Receiver for INDYMAC BANK, F.S.B.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>LUPING LAI, an Individual and dba TRITON APPRAISALS,<br><br>Defendants. | Case No. CV11-03313-EJD<br><br>STIPULATION TO MODIFY CASE MANAGEMENT ORDER |

**STIPULATION**

The Parties, Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION ("FDIC") as Receiver for IndyMac Bank, F.S.B. and Defendants LUPING LAI, an individual and doing business as TRITON APPRAISALS, by and through their respective attorneys of record, hereby stipulate and agree to modify the Case Management Order of September 27, 2011 to allow the Parties to complete private mediation to June 8, 2012 in order to allow the Parties additional time to conduct discovery prior to mediation. The Parties also stipulate to the following brief extension of deadlines:

STIPULATION TO MODIFY CASE MANAGEMENT ORDER
CASE NO. CV11-03313-EJD

1

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cut-off | August 2, 2012 |
| Designation of Opening Experts with Reports | 45 Days before Expert Discovery Cutoff |
| Designation of Rebuttal Experts with Reports | 25 days before Expert Discovery Cutoff |
| Expert Discovery Cutoff | August 2, 2012 |
| Deadline for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | June 1, 2012 |
| Preliminary Pretrial Conference | 11:00 a.m. on June 29, 2012 |
| Joint Preliminary Trial Conference Statement | June 18, 2012 |

IT IS SO STIPULATED BY COUNSEL OF RECORD:


Dated:  February 22, 2012                              GCA LAW PARTNERS LLP


                                                       By:___/s/ Susan Condon_____
                                                           SUSAN D. CONDON
                                                           VALERIE M. WAGNER
                                                       Attorneys for Plaintiff
                                                       FEDERAL DEPOSIT INSURANCE
                                                       CO. as receiver for INDYMAC
                                                       BANK, F.S.B



Dated:  February 22, 2012                              ERICKSEN ARBUTHNOT


                                                       By:___/s/ Steve Dollar_____
                                                           STEVE DOLLAR
                                                       Attorneys for Defendants
                                                       LUPING LAI, an individual and dba
                                                       TRITON APPRAISALS

STIPULATION TO MODIFY CASE MANAGEMENT ORDER
CASE NO. CV11-03313-EJD

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 24, 2012   _____
UNITED STATES DISTRICT JUDGE

STIPULATION TO MODIFY CASE MANAGEMENT ORDER
CASE NO. CV11-03313-EJD

3

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900