IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK, F.S.B.,<br><br>Plaintiff(s),<br>v.<br><br>LUPING LAI,<br><br>Defendant(s). | CASE NO. 5:11-cv-03313 EJD<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

Having reviewed the Joint Status Report filed by the parties on September 28, 2012 (see Docket Item No. 40), and good cause appearing therefor, the Order to Show Cause re: Settlement filed June 22, 2012, is REISSUED and the hearing thereon CONTINUED to **November 9, 2012, at 9:00 a.m.** The hearing scheduled for October 5, 2012, is VACATED.

On or before **November 2, 2012**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before November 2, 2012.

**IT IS SO ORDERED.**

Dated: October 3, 2012

EDWARD J. DAVILA
United States District Judge