IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff(s), <br> v. <br><br> LUPING LAI, <br><br> Defendant(s).  _____/ | CASE NO. 5:11-cv-03313 EJD <br><br> **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

Having reviewed the response filed on November 2, 2012 (see Docket Item No. 42), and good cause appearing therefor, the Order to Show Cause re: Settlement (see Docket Item No. 37) is REISSUED and the hearing thereon CONTINUED to **January 25, 2013, at 9:00 a.m.** The hearing scheduled for November 9, 2012, is VACATED.

On or before **January 18, 2013**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before January 18, 2013.

The parties are advised that this is the **final continuance** of this hearing without an appearance. Personal appearance by all counsel is required at the hearing on January 25, 2013.

**IT IS SO ORDERED.**

Dated: November 6, 2012

EDWARD J. DAVILA
United States District Judge