## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> Vs. <br><br> LUPING LAI, an individual and dba TRITON APPRAISALS, <br><br> Defendants. | Case Number CV11-03313-EJD <br><br> [~~PROPOSED~~] **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

Based upon the stipulation of the parties, and for good cause shown, it is hereby ordered that the above-entitled action be dismissed in its entirety with prejudice, each party to bear its own costs and fees. The Clerk shall close this file.

**IT IS SO ORDERED.**

DATED: 1/3/2013

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE